Peter Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:  (949) 258-5081

*Attorney for Plaintiff,*
Michael Grecco Productions, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VINCENZO MARIANELLA, individually and dba MYMIXOLOGY; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.:<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT FOR COPYRIGHT INFRINGMENT (17 U.S.C. § 501)**

Plaintiff, Michael Grecco Productions, Inc. ("Grecco"), complains against Defendant Vincenzo Marianella dba MyMixology ("Defendants") as follows:

## JURISDICTION AND VENUE

1. This is a civil action against Defendant for its acts of copyright infringement in violation of the United States Copyright Act, 17 U.S.C. §§ 101 et seq.

2. This Court has subject matter jurisdiction over this copyright infringement action under 28 U.S.C. §§ 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a).

3. Venue is proper in this District under 28 U.S.C. §§ 1391(b)(2) and (c) in that the claim arises in this Judicial District, the Defendant transacts business in this Judicial District, and the injury suffered by Grecco took place in this Judicial District. Defendant is subject to the general and specific personal jurisdiction of this Court because of its contacts with the State of California.

## PARTIES

4. Plaintiff Grecco is a photography studio and business owned and operated by photographer Michael Grecco and registered with the State of California on or around January 1, 1998. Grecco is the successor by corporate name change from Michael Grecco Photography, Inc. to Michael Grecco Productions, Inc. on January 26, 2012.

5. Grecco is a California corporation with its principal place of business at 3103 17th Street, Santa Monica, California 90405.

6. Grecco is informed and believes and, upon such, alleges that Defendant Vincenzo Marianella is an individual residing in Los Angeles, California, and MyMixology is a sole proprietorship owned and operated by Vincenzo Marianella as a beverage consulting company operating within the State of California and operating at www.mymixology.com as a DBA of Plaintiff. Plaintiff Grecco is informed and believes and, upon such, alleges that Defendant is

**COMPLAINT FOR COPYRIGHT INFRINGMENT (17 U.S.C. § 501)**

legally responsible in some manner for the events and happenings herein alleged, and that Grecco's damages as alleged herein were proximately caused by such Defendant. DOES 1-10 are named as fictitious defendants and when their identity is ascertained in discovery, leave to amend will be sought to properly substitute them in and name them.

## STATEMENT OF FACTS

*Plaintiff's Business and the Photographs Forming the*

*Subject Matter of This Dispute*

10.　　On information and belief, MyMixology is a beverage consulting business based out of Los Angeles, California run by Defendant as a DBA, who claims to be LA's Godfather of Cocktails.

12.　　Defendants infringed Grecco's copyrights to two of Plaintiff's photographs – a photograph of Vincenzo Marianella (Exhibit A) and a photograph of mixed drinks (Exhibit B) (hereinafter, collectively, the "Photos") - by copying and then uploading to them to their website for use in their own advertising and promotion, and hosting the Photos publicly on their server and website for the public to view and download.

13.　　Plaintiff is informed and believes that Defendants have violated federal law by infringing Grecco's copyright to at least the Photos identified in Exhibits A and B. Specifically, Defendants reproduced, distributed and publicly displayed the Photos without permission, consent, or license.

14.　　Grecco has never sold or licensed the Photos to Defendants.

15.　　Plaintiff is informed and believes Defendants profited in his business in part due to the presence on its website of the Photos which frame this dispute. As mentioned above, Defendant's profiteering from the Photos translates into ill-gotten commercial advantage and revenue generation for Defendants as a consequence of its infringing actions.

/ / /

3

**COMPLAINT FOR COPYRIGHT INFRINGMENT (17 U.S.C. § 501)**

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement, 17 U.S.C. § 501, Against All Defendants)

16.    Plaintiff Grecco incorporates herein by reference the allegations in paragraphs 1 through 15 above.

17.    Grecco is the rightsholder to the copyright of the Photos, which substantially consists of wholly original material constituting copyrightable subject matter under the laws of the United States. Grecco has complied in all respects with the Copyright Act and all laws of the United States governing copyrights. The Photos have been timely registered with the United States Copyright Office on May 4, 2020 (Registration number VA 2-201-698; see Exhibit C).

18.    Defendants have directly, vicariously, and/or contributorily infringed, and unless enjoined, will continue to infringe Grecco's copyright by reproducing, displaying, distributing, and utilizing the Photos for purposes of trade without authorization of or payment to Grecco in violation of 17 U.S.C. § 501 et seq.

19.    Grecco is informed and believes the acts of infringement are willful and done with full knowledge of the strictures of federal copyright law and the basic requirements for licensing the use of copyrighted content for commercial exploitation. Defendants simply took the photographs that they knew belonged to a different owner and had bene commercially used in a different business, it had no license to them, and then reproduced, hosted and displayed the photos on its website.  Defendants are well aware that simply taking another's photographs and reproducing and hosting them for public viewing is not appropriate without license and permission.

20.    Defendants have received substantial financial benefits in connection with the unauthorized reproduction, distribution, and utilization of the Photos.

21.    The actions were performed without Grecco's permission, license, or consent.

/ / /

**COMPLAINT FOR COPYRIGHT INFRINGMENT (17 U.S.C. § 501)**

22.    The wrongful acts have caused, and are causing, great injury to Grecco, of which damages cannot be accurately computed, and unless this Court restrains Defendant from further commission of similar acts in the future, Grecco will suffer irreparable injury, for all of which it is without an adequate remedy at law. Accordingly, Grecco seeks a declaration that Defendants infringed Grecco's copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement of Grecco's copyrights.

23.    As a result of Defendant's wrongful acts alleged herein, Grecco has suffered and is suffering substantial damage to its business in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

24.    Because of the willful nature of Defendant's copyright infringement, Grecco is entitled to an award of statutory damages of up to $150,000 per copyrighted work.

25.    Alternatively, at its discretion, Grecco is entitled to actual damages in an amount to be proven at trial for the infringement of the Photos.

26.    Grecco is also entitled to its attorney's fees and costs in prosecuting this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Grecco requests judgment against Defendants as follows:

A. The Defendant, its officers, agents, servants, employees, representatives, and attorneys, and all person in active concert or participation with it, be permanently enjoined from designing, copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all advertising and promotional materials, print media, signs, Internet websites, or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously

5

**COMPLAINT FOR COPYRIGHT INFRINGMENT (17 U.S.C. § 501)**

infringe upon Grecco's rights in the Photos at issue.

B. Defendant be held liable to Grecco in statutory damages for copyright infringement in accordance with 17 U.S.C. §§ 504 (a)(2) and (c) and for costs, interest, and reasonable attorney's fees under 17 U.S.C. § 505.

C. An accounting be made for all profits, income, receipts, or other benefit derived by Defendant from the reproduction, copying, display, promotion, distribution, or sale of products and services, or other media, either now known or hereafter devised that improperly or unlawfully infringes upon Grecco's copyright pursuant to 17 U.S.C. § 504 (a)(1) and (b).

D. Requiring Defendant to account for and pay over to Grecco all profits derived by Defendant from its acts of copyright infringement and to reimburse Grecco for all damages suffered by Grecco by reasons of Defendant's acts, pursuant to 17 U.S.C. §§ 504 (a)(1) and (b).

E. Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) and (b).

F. That Grecco be awarded any such other and further relief as the Court may deem just and appropriate.

Dated:  April 14, 2026                    **ONE LLP**

                                          By: */s/ Peter R. Afrasiabi*
                                              Peter R. Afrasiabi

                                              *Attorney for Plaintiff,*
                                              Michael Grecco Productions, Inc.

6

**COMPLAINT FOR COPYRIGHT INFRINGMENT (17 U.S.C. § 501)**

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff Michael Grecco Productions, Inc. hereby demands trial by jury of all issues so triable under the law.

Dated:  April 14, 2026                                    **ONE LLP**


                                        By: */s/ Peter R. Afrasiabi*
                                            Peter R. Afrasiabi

                                            *Attorney for Plaintiff,*
                                            Michael Grecco Productions, Inc.

**COMPLAINT FOR COPYRIGHT INFRINGMENT (17 U.S.C. § 501)**